United States District Court
Southern District of Texas
**ENTERED**
May 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Asad Wali Kesaria | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:26–cv–02022 |
| | § | |
| | § | |
| Randall Tate | § | |
| | § | |

## ORDER

This action was referred to United States Magistrate Judge Yvonne Y Ho for all pretrial proceedings, including issuance of a Memorandum and Recommendation. At this time the Court WITHDRAWS its referral of this case to the Magistrate Judge. This case is before the undersigned.

It is so ORDERED.

Signed on May 25, 2026, at Houston, Texas.

Alfred H. Bennett
United States District Judge